There is no error in the record, and the judgment is affirmed.

Affirmed.

146 So. 916

## Grover BRADLEY v. STATE.
### 8 Div. 750.

Court of Appeals of Alabama.
Feb. 14, 1933.

RICE, Judge.
Affirmed.

149 So. 924

## John BRADY v. CITY OF ANNISTON.
### 7 Div. 981.

Court of Appeals of Alabama.
May 25, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

143 So. 925

## Ernest BRAGDON v. STATE.
### I Div. 82.

Court of Appeals of Alabama.
Aug. 8, 1932.

PER CURIAM.
Appeal dismissed by appellant.

146 So. 916

## T. G. BRAZELTON v. STATE.
### 8 Div. 709.

Court of Appeals of Alabama.
March 7, 1933.

SAMFORD, Judge.
Affirmed.

145 So. 916

## Henry BREWSTER v. STATE.
### 6 Div. 337.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.

142 So. 919

## A. H. BROOKS v. STATE.
### 8 Div. 538.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

139 So. 911

## Cecil BROOKS v. STATE.
### 8 Div. 386.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

142 So. 920

## T. B. BROOKS v. STATE.
### 8 Div. 539.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

142 So. 920

## J. L. BROOKS et al. v. SWIFT & CO.
### 7 Div. 887.

Court of Appeals of Alabama.
May 26, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.